IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE ARNOLD, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> CIVIL ACTION NO. 2:17-CV-148-TFM-C |

## STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE OF SERVICE OF ITS RULE 26(a)(2) DISCLOSURES

Defendant State Farm Fire and Casualty Company ("State Farm") hereby gives notice that on January 28, 2019, it served its Rule 26(a)(2) disclosures and the written reports of expert witnesses Stephen D. Prowse, Heather L. Albright, and Michael J. Berryman.

Dated: January 28, 2019

Respectfully submitted,

*s/ Heidi Dalenberg*
Joseph A. Cancila, Jr.*
Heidi Dalenberg*
Jacob L. Kahn*
Tal C. Chaiken*
**RILEY SAFER HOLMES & CANCILA LLP**
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Email: jcancila@rshc-law.com
  hdalenberg@rshc-law.com
  jkahn@rshc-law.com
  tchaiken@rshc-law.com
* Admitted *pro hac vice*

James B. Newman (NEWMJ8049)
**HELMSING LEACH HERLONG NEWMAN & ROUSE**
150 Government Street, Suite 2000

                    Mobile, AL 36602
                    Tel: 251-432-5521
                    Email: jbn@helmsinglaw.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        *s/ Heidi Dalenberg*
        Heidi Dalenberg