FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE ARNOLD, individually and on behalf of all others similarly situated, ) | CIVIL ACTION NO. 2:17-CV-00148-TFM-C |
| Plaintiff, ) | |
| v. ) | **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MEMORANDUM** |
| STATE FARM FIRE AND CASUALTY COMPANY, ) | **IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND** |
| Defendant. ) | **APPOINTMENT OF CLASS COUNSEL** |

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Pursuant to Local Rule 5.2(b) and the parties' Agreed Confidentiality Order (DE 50 & 53), and with the consent of Defendant State Farm Fire and Casualty Company Plaintiff Annie Arnold, ("Plaintiff"), through counsel, hereby submits this motion for leave to file under seal portions of her Memorandum in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel (the "Memorandum"). In support of her Motion, Plaintiff state as follows:

1. On November 2, 2017, the Court adopted the Parties' Consent Order Governing Confidential Materials and Discovery of Electronically Stored Information (DE 50). DE 53.

2. Plaintiff is preparing file her Memorandum.

3. Plaintiff's Memorandum will quote or otherwise describe the content of exhibits or documents that have been designated as Confidential pursuant to the Consent Order Governing Confidential Materials and Discovery of Electronically Stored Information. DE 50; DE 53.

4. Plaintiff seeks leave through this Motion to file under seal any portions of her Memorandum, or the exhibits submitted in support thereto, that quote or otherwise disclose Confidential information.

5. If the Court grants this Motion, Plaintiffs will file a redacted, public version of its

Memorandum and Exhibits, as well as an unredacted, sealed version of the same documents.

WHEREFORE, Plaintiff respectfully request that the Court enter an order granting Plaintiff leave to file under seal any Confidential portions of its Memorandum and Exhibits filed in support thereof.

Respectfully submitted,

*/s/ Erik D. Peterson*
M. AUSTIN MEHR*
PHILIP G. FAIRBANKS*
ERIK D. PETERSON*
**Mehr, Fairbanks & Peterson**
   **Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email:  amehr@austinmehr.com
Email:  pgf@austinmehr.com
Email:  edp@austinmehr.com

T. Joseph Snodgrass *
**Larson · King, LLP**
30 7th Street E., Suite 800
St. Paul, MN 55101
Telephone: 651-312-6510
Email:  jsnodgrass@larsonking.com

J. Brandon McWherter*
**Gilbert McWherter Scott**
 **Bobbitt PLC**
341 Cool Springs Blvd., Ste. 230
Franklin, Tennessee 37067
Telephone:  615-354-1144
Email:  bmcwherter@gilbertfirm.com

* Admitted *pro hac vice*

*and*

David Martin, Esq.
**The Martin Law Group, LLC**
2117 Jack Warner Parkway, Suite 1
Tuscaloosa, AL  35401
Telephone: (205) 343-1771

Facsimile: (205) 343-1781
Email: david@erisacase.com

*Counsel for Plaintiff and
the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **Joseph Cancila , Jr**
  jcancila@rshc-law.com
- **Tal C. Chaiken**
  tchaiken@rshc-law.com
- **Heidi Dalenberg**
  hdalenberg@rshc-law.com
- **Jacob L Kahn**
  jkahn@rshc-law.com
- **David P. Martin**
  davidpmartin@erisacase.com,rose@erisacase.com,davidpmartinesq@gmail.com
- **James B. Newman**
  jbn@helmsinglaw.com,ktm@helmsinglaw.com,led@helmsinglaw.com,elm@helmsinglaw.com

/s/ *Erik D. Peterson*
ERIK D. PETERSON