**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ANNIE ARNOLD, individually and on behalf of others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **vs.** ) ) | **CIV. ACT. NO. 2:17-cv-00148-TFM-C** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** ) ) ) ) | |
| **Defendant.** ) | |

**ORDER**

Pending before the Court is the *Motion and Application for Admission Pro Hac Vice* filed by Allison N. Siebeneck, counsel for Defendant State Farm Fire and Casualty Co. (Doc. 158, filed 7/16/20). Counsel filed with the application a certificate of good standing from the United States District Court for the Northern District of Illinois. Having reviewed the certificate of good standing and upon receipt of the filing fee, it is hereby **ORDERED** that the motion is **GRANTED**.

Counsel is reminded of the obligation to review and maintain familiarity with the local rules and guidelines for the Southern District of Alabama. They are available at http://www.alsd.uscourts.gov.

**DONE and ORDERED** this 16th day of June 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE