**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ANNIE ARNOLD, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIV. ACT. NO. 2:17-cv-148-TFM-C |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this same date as well as the prior Memorandum Opinion and Order (Doc. 206, filed 10/4/22), it is **ORDERED, ADJUDGED, and DECREED** that this matter is concluded and remains **DISMISSED with prejudice** pursuant to the prior Rule 54(b) Partial Judgment (Doc. 207) and is now final with the conclusion of the class representative awards.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 6th day of November, 2023.

 s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE